UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL ARROYO-BEY,

                             Plaintiff,

           -against-

NORTH MANHATTAN MANAGEMENT CO. INC,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2023_____

22 Civ. 4789 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

       In accordance with Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff is required to serve Defendant within 90 days of the filing of the complaint. This action was filed on June 7, 2022. ECF No. 1. However, Plaintiff has not yet effected service.

       It is ORDERED that Plaintiff effect service on Defendant or submit a letter to the Court explaining why this action should not be dismissed pursuant to Rule 4(m) by **January 17, 2023**. Failure to comply with this order shall result in dismissal of this action.

       SO ORDERED.

Dated: January 3, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge